

January 19, 2024

**VIA ECF**

Hon. Cathy Seibel, United States District Judge
United States District Court,
Southern District of New York

Re:   *Ammex Corp. v. Geniune Products Supply, LLC.* Case No. 7:23-mc-498-CS

Your Honor,

This firm represents Respondent Genuine Products Supply, LLC ("Respondent") in this matter, which concerns a subpoena for documents from Ammex Corporation ("Movant,") and a *Motion to Compel* (Dkt. 1) production of documents in response thereto. I write this letter jointly and with the consent of counsel for Movant.

On January 2, 2024, Your Honor issued an *Order to Show Cause* (Dkt. No. 7) directing Respondent to show cause why an Order should not be entered directing Respondent to immediately comply with the subpoena, holding respondent in contempt, and for sanctions against respondent.

Subsequent to Your Honor's issuance of the *Order to Show Cause*, Respondent and Movant have met and conferred and come to an agreement whereby Respondent has produced documents satisfying Movant's need for discovery and mitigated the burden of discovery on Respondent.

On that basis, Movant and Respondent jointly wish to inform the Court that the discovery dispute presented in this matter has been satisfactorily resolved, and hereby jointly:

1. Request that the *Motion to Compel* (Dkt. 1) be denied as moot,
2. Believe that the *Order to Show Cause* (Dkt. 7) and the hearing scheduled for January 26, 2024 are unnecessary, and therefore request that the *Order* be vacated and the hearing adjourned.

Sincerely,

/s/ Erik Dykema                                                        /s/ Terence W. McCormick
Erik Dykema                                                            Terence W. McCormick
*Counsel for Respondent*                                               *Counsel for Movant*

The motion to compel (ECF No. 1) is denied as moot.  My January 26 Order to Show Cause (ECF No. 7) is vacated and the January 26, 2024 proceeding is canceled.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

*Cathy Seibel*   1/22/24
CATHY SEIBEL, U.S.D.J.